**IT IS SO ORDERED.**

**SIGNED THIS: August 11, 2017**

_____
**Thomas L. Perkins**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SANDBURG MALL REALTY | ) | Case No. 14-81063 |
| MANAGEMENT LLC, | ) | |
|                 Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| JEANA K. REINBOLD, not individually but as | ) | |
| Trustee of the estate of Sandburg Mall Realty | ) | |
| Management LLC, | ) | |
| | ) | |
|                 Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adv. No. 16-8024 |
| | ) | |
| MEHRAN KOHANSIEH (a/k/a Mike Kohan | ) | |
| and/or Mike Kohen, and d/b/a Kohan Retail | ) | |
| Investment Group), MICHAEL KHAKSHOOR, | ) | |
| YOUSEF KHAKSHOOR, and NORTH PARK | ) | |
| REALTY MANAGEMENT, LLC | ) | |
| | ) | |
|                 Defendants. | ) | |

**<u>AMENDED ORDER ON DEFENDANTS' MOTION TO TRANSFER</u>**
**<u>VENUE PURSUANT TO 28 U.S.C. § 1404(a)</u>**

1

This cause is before the Court on Defendants Mehran Kohansieh, Michael Khakshoor, Yousef Khakshoor, and North Park Realty Management's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Southern District of New York.

For the reasons set forth in the Court's oral decision dated July 11, 2017, IT IS HEREBY ORDERED as follows:

1. Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) is GRANTED.

2. The Court finds this adversary proceeding would be appropriately heard in the United State District Court for the Southern District of New York.  Accordingly, this Court transfers this case to the United States District Court - Central District of Illinois for transfer to the United States District Court - Southern District of New York.

###